UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00154-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ELIES CHARLES (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After considering the record and noting the defendant's waiver of any objections (Rec. Doc. 65), the Court finds the plea is correct under applicable law. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation be ADOPTED and that the defendant be finally adjudged guilty of the offenses charged in Count 4 of the Indictment. It is further

**ORDERED, ADJUDGED, AND DECREED** that sentencing is set for Wednesday, February 7, 2024 at 10:00 a.m. in Lafayette, Louisiana.

Signed at Lake Charles, Louisiana, on this __20th__ day of October, 2023.

                                                      **JAMES D. CAIN, JR.**
                                              **UNITED STATES DISTRICT JUDGE**